1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3705
7      Facsimile: (510) 637-3724
       E-Mail:    James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        ) No. CR 95-40209-01 CW
14 |         Plaintiff,               ) PETITION FOR AND WRIT OF HABEAS
                                      ) CORPUS AD PROSEQUENDUM
15 |    v.                            ) [AMENDED]
16 | MASALA MAJID JAMES,              )
17 |         Defendant.               )
18                                    )
19                                    )
20

21      TO:  The Honorable Donna M. Ryu, United States Magistrate Judge of the United
22           States District Court for the Northern District of California:
23      Assistant United States Attorney James C. Mann respectfully requests that this Court
24 issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, MASALA MAJID
25 JAMES (CDC E070953), whose place of custody and jailor are set forth in the requested Writ,
26 ////
27 ////
28 ////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 95-40209-01 CW

1 | attached hereto. The prisoner is required as the defendant in the above-entitled matter in this
2 | Court, and therefore petitioner prays that this Court issue the Writ as presented.

Dated: June 23, 2010                    Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney


                                        _____/s/_____
                                        JAMES C. MANN
                                        Assistant United States Attorney

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 95-40209-01 CW

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         OAKLAND DIVISION

11  UNITED STATES OF AMERICA,      )   No. CR 95-40209-01 CW
                                   )
12       Plaintiff,                )
                                   )   [PROPOSED] ORDER GRANTING
13       v.                        )   PETITION FOR AND WRIT OF HABEAS
                                   )   CORPUS AD PROSEQUENDUM
14  MASALA MAJID JAMES,            )   [AMENDED]
                                   )
15       Defendant.                )
                                   )
16                                 )
                                   )
17                                 )
                                   )
18

19       Upon motion of the United States of America, and good cause appearing therefore,

20       IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of

21  Habeas Corpus Ad Prosequendum requiring the production of defendant MASALA MAJID

22  JAMES (CDC E070953) before the Honorable Laurel Beeler, United States Magistrate Judge,

23  on Tuesday, July 13, 2010 at 10:00 a.m. or as soon thereafter as may be practicable, is granted,

24  and the Writ shall be issued as presented.

25

26  DATED: June 25, 2010                    _____
                                            HON. DONNA M. RYU
27                                          United States Magistrate Judge

28

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Warden for San Quentin State Prison, and/or any California Department of Corrections facility:

GREETINGS

WE COMMAND that on Tuesday, July 13, 2010 at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of MASALA MAJID JAMES (CDC E070953), in your custody in the above-mentioned institution, or any other California Department of Corrections Institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Laurel Beeler, United States Magistrate Judge, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that MASALA MAJID JAMES may then appear for an initial appearance on the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Donna M. Ryu, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: June 25, 2010

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: /s/ Lashanda Scott
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM [AMENDED]
CASE NO. 95-40209-01 CW