IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MASALA MAJID JAMES,<br><br>    Defendant.<br>_____/ | No. 95-40209 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF THE VIOLATIONS OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation Regarding Defendant's Admission of the Violations of the Terms and Conditions of Supervised Release and adopts the Recommendation in every respect. Accordingly,

Defendant Masala Majid James' admission of the violation is accepted by the Court as to charge (1) One of the Petition for Arrest Warrant for Offender Under Supervision filed on October 25, 2007 charging Defendant Masala Majid James with failure to obey all laws federal, state, and local.

Dated: 7/14/2010

_____
CLAUDIA WILKEN
United States District Judge

cc: Sue; LB